# EXHIBIT HH

## U.S. Patent No. 9,389,040

| Claim Elements | Discussion | Exemplary Daibow Trigon (Daibow Trigon) |
|---|---|---|
| 1. An archery bow comprising: | The bow [1] is an archery bow. |  |

**U.S. Patent No. 9,389,040**

| Claim Elements | Discussion | Exemplary Daibow Trigon (Daibow Trigon) |
|---|---|---|
| a riser supporting a first limb and a second limb, each limb comprising an inner surface and an outer surface; and | The bow [1] includes a riser [2]. The riser [2] supports a first limb [3] and a second limb [4]. The first limb [3] has an inner surface [5] and an outer surface [6]. The second limb [4] has an inner surface [7] and an outer surface [8]. | |

## U.S. Patent No. 9,389,040

| Claim Elements | Discussion | Exemplary Daibow Trigon (Daibow Trigon) |
|---|---|---|
|  |  |  |

## U.S. Patent No. 9,389,040

| Claim Elements | Discussion | Exemplary Daibow Trigon (Daibow Trigon) |
|---|---|---|
| at least one bearing accessory attached to the first limb, the bearing accessory comprising a raised portion extending outward beyond the outer surface of the first limb, | A bearing accessory [9] is attached to the first limb [3]. The bearing accessory [9] includes a raised portion [10] that extends outward from the first limb [3], beyond the outer surface [6] of the first limb [3]. | |

## U.S. Patent No. 9,389,040

| Claim Elements | Discussion | Exemplary Daibow Trigon (Daibow Trigon) |
|---|---|---|
| said raised portion comprising a bearing surface, said bearing surface convex with respect to said first limb, | The raised portion [10] of the bearing accessory [9] defines a bearing surface [11]. The bearing surface [11] is convex or opens outward relative to at least the outer surface [6] of the first limb [3]. | |

## U.S. Patent No. 9,389,040

| Claim Elements | Discussion | Exemplary Daibow Trigon (Daibow Trigon) |
|---|---|---|
| said raised portion being flat in a direction transverse to said first limb. | The raised portion [10] is flat along a direction [12], shown in yellow, that is transverse to the first limb [3]. | |