# EXHIBIT II

## U.S. Patent No. 9,851,169

| Claim Elements | Discussion | Exemplary Daibow Trigon (Daibow Trigon) |
|---|---|---|
| 1. An archery bow comprising: | The bow [1] is an archery bow. | |

## U.S. Patent No. 9,851,169

| Claim Elements | Discussion | Exemplary Daibow Trigon (Daibow Trigon) |
|---|---|---|
| a riser supporting a first limb and a second limb, each limb comprising a compression surface and a tension surface; | The bow [1] includes a riser [2]. The riser [2] supports a first limb [3] and a second limb [4]. The first limb [3] has a compression surface [5] and a tension surface [6]. The second limb [4] has a compression surface [7] and a tension surface [8]. | |

~ 2 ~

U.S. Patent No. 9,851,169

| Claim Elements | Discussion | Exemplary Daibow Trigon (Daibow Trigon) |
|---|---|---|
|  |  |  |

~ 3 ~

**U.S. Patent No. 9,851,169**

| Claim Elements | Discussion | Exemplary Daibow Trigon (Daibow Trigon) |
|---|---|---|
| said first limb supporting an axle, said axle supporting a rotatable member; | The first limb [3] supports an axle [13]. The axle [13] supports a rotatable member [14]. | |

U.S. Patent No. 9,851,169

| Claim Elements | Discussion | Exemplary Daibow Trigon (Daibow Trigon) |
|---|---|---|
| at least one bearing accessory attached to the first limb, the bearing accessory comprising a raised portion extending outward beyond the tension surface of the first limb, | A bearing accessory [9] is attached to the first limb [3]. The bearing accessory [9] includes a raised portion [10]. As indicated in green, the raised portion [10] extends outward from the first limb [3], beyond the tension surface [6] of the first limb [3]. | |

U.S. Patent No. 9,851,169

| | | |
|---|---|---|
| said raised portion comprising curvature about an axis transverse to said first limb; and | The raised portion [10] includes a curvature [11], shown in blue, about an axis [15], shown in yellow.  The axis [15] is transverse to the first limb [3]. | |

**U.S. Patent No. 9,851,169**



**U.S. Patent No. 9,851,169**

| Claim Elements | Discussion | Exemplary Daibow Trigon (Daibow Trigon) |
|---|---|---|
| a target plate and a fastener, said fastener attaching said bearing accessory to said target plate. | A fastener [16] attaches the bearing accessory [9] to a target plate [17]. | |

## U.S. Patent No. 9,851,169

| Claim Elements | Discussion | Exemplary Daibow Trigon (Daibow Trigon) |
|---|---|---|
|  |  |  |