# EXHIBIT JJ

## U.S. Patent No. 8,622,052

| Claim Elements | Discussion | Exemplary Topoint / Daibow M1 (Topoint/Daibow M1) |
|---|---|---|
| 1. An archery bow grip comprising: | The archery bow [1] comprising a bow grip [2]. | |

## U.S. Patent No. 8,622,052

| **Claim Elements** | **Discussion** | **Exemplary Topoint / Daibow M1**<br>(Topoint/Daibow M1) |
|---|---|---|
| a body portion comprising a first wall and an opposed second wall, a connecting wall spanning between the first wall and the second wall, | A body portion [3] comprises a first wall [4] and an opposed second wall [5], a connecting wall [6] spans between the first wall [4] and the second wall [5]. | |

U.S. Patent No. 8,622,052

| Claim Elements | Discussion | Exemplary Topoint / Daibow M1 (Topoint/Daibow M1) |
|---|---|---|
| the body portion defining a groove between an inner surface of said first wall and an inner surface of second wall, | The body portion [3] defines a groove [7] between an inner surface [8] of the first wall [4] and an inner surface [9] of the second wall [5]. | |

## U.S. Patent No. 8,622,052

| Claim Elements | Discussion | Exemplary Topoint / Daibow M1 (Topoint/Daibow M1) |
|---|---|---|
| the groove defining a central axis; | The groove [7] defines a central axis [10]. | |

## U.S. Patent No. 8,622,052

| **Claim Elements** | **Discussion** | **Exemplary Topoint / Daibow M1**<br>(Topoint/Daibow M1) |
|---|---|---|
| the connecting wall comprising a ridge having a first portion and a second portion that meet at a peak, | The connecting wall [6] comprises a ridge [11] having a first portion [12] and a second portion [13] that meet at a peak [14]. | |

## U.S. Patent No. 8,622,052

| Claim Elements | Discussion | Exemplary Topoint / Daibow M1 (Topoint/Daibow M1) |
|---|---|---|
| said peak extending parallel to the central axis of the groove, | The peak [14] extends parallel to the central axis [10] of the groove [7]. | |

## U.S. Patent No. 8,622,052

| Claim Elements | Discussion | Exemplary Topoint / Daibow M1 (Topoint/Daibow M1) |
|---|---|---|
| said peak being straight along its length, | The peak [14] is straight along its length. | |

U.S. Patent No. 8,622,052

| Claim Elements | Discussion | Exemplary Topoint / Daibow M1 (Topoint/Daibow M1) |
|---|---|---|
| said first portion and said second portion each being non-concave with respect to said central axis. | The first portion [12] and the second portion [13] are non-concave with respect to the central axis [10]. |  |