## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**MCP IP, LLC,**

        **Plaintiff,**

      **v.**                         **Civil Action 2:21-cv-581**
                                       **Chief Judge Algenon L. Marbley**
                                       **Magistrate Judge Chelsey M. Vascura**

**.30-06 OUTDOORS, LLC, *et al.*,**

        **Defendants.**

## <u>ORDER</u>

This matter comes before the Court on Magistrate Judge Vascura's Report and Recommendation recommending an award of damages to Plaintiff MCP IP, LLC, following the court's entry of default judgment as to liability against Defendants .30-06 Outdoors, LLC, and Daibow, Inc. (ECF No. 59.) Plaintiff filed a notice on March 8, 2023, indicating that it has no objections to the Report and Recommendation. (ECF No. 61.) Accordingly, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation. (ECF No. 59). Defendant Daibow, Inc. is **ORDERED** to pay Plaintiff a total of $46,395.82 and Defendant .30-06 Outdoors, LLC is **ORDERED** to pay Plaintiff a total of $34,150.91.

      **IT IS SO ORDERED.**

                                    /s/ *Algenon L. Marbley*
                                    ALGENON L. MARBLEY
                                    CHIEF UNITED STATES DISTRICT JUDGE