# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MCP IP, LLC,**

    **Plaintiff,**

**v.**                                                 **Civil Action 2:21-cv-581**
                                                    **Chief Judge Algenon L. Marbley**
                                                    **Magistrate Judge Chelsey M. Vascura**

**.30-06 OUTDOORS, LLC,** *et al.***,**

    **Defendants.**

## ORDER

This matter comes before the Court on Magistrate Judge Vascura's Report and Recommendation recommending an award of attorney's fees and costs to Plaintiff MCP IP, LLC, following the court's entry of default judgment as against Defendants .30-06 Outdoors, LLC, and Daibow, Inc. (ECF No. 69.) Plaintiff filed a notice on April 13, 2023, indicating that it has no objections to the Report and Recommendation. (ECF No. 70.) Accordingly, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation. (ECF No. 69). Defendants are jointly **ORDERED** to pay Plaintiff attorney's fees in the amount of $108,815.25, expert witness fees in the amount of $120.00, and incidental litigation expenses in the amount of $1,357.18.

    **IT IS SO ORDERED.**

                                                                             /s/ *Algenon L. Marbley*
                                                                             ALGENON L. MARBLEY
                                                                             CHIEF UNITED STATES DISTRICT JUDGE